PD-0523-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/2/2015 11:42:56 AM
Accepted 7/2/2015 3:51:39 PM
ABEL ACOSTA
CLERK

CAUSE NO. PD-0523-15

| | | |
|---|---|---|
| **COLEMAN NICHOLS** | § | **IN THE TEXAS COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **FOR THE STATE OF TEXAS** |

### PETITIONER'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR REHEARING

Comes now, Coleman Nichols, by and through his attorney of record, Henry C. Paine, Jr. and in accordance with the Texas Rules of Appellate procedure presents his motion for an extension of time to file his Motion for Rehearing and would show the following:

1. The deadline to file a motion for rehearing in this case is fifteen (15) days. Petitioner is seeking an extension of thirty (30) days to file his motion.

2. On Monday June 29, 2015 Counsel for Petitioner was seriously injured while leaving court and is still under the care of his physician.

3. No previous extensions have been requested.

4. Petitioner filed his Petition for Discretionary Review on May 6, 2015.

5. This Court refused his Petition on June 17, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

July 2, 2015

ABEL ACOSTA, CLERK

## CONCLUSION AND PRAYER

Petitioner respectfully request this grant his motion for extension of time and extend the time to file his motion for thirty (30) days.

Respectfully Submitted,

/s/Henry C. Paine, Jr.
HENRY C. PAINE, JR.
Marsh & Paine, P.C.
101 S. Woodrow
Denton, TX
Tel: (940)  382-4200
Fax: (940) 382-4288
SBOT# 15412600
HCP@MARSHPAINELAW.COM

EDWARD J. NOLTER
SBOT#24081073
Marsh & Paine, P.C.
101 S. Woodrow
Denton, TX
Tel: (940)  382-4200
Fax: (940) 382-4288
EJN@MARSHPAINELAW.COM